**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

BETH ANN GREENWOOD, et al.,

        Plaintiffs,

vs.                                        Case No. 3:10-cv-1183-J-34TEM

POINT MEADOWS PLACE
CONDOMINIUM ASSOCIATION, et al.,

        Defendants.
_____/

**AMENDED ORDER OF DISMISSAL**

This matter is before the Court on the Agreed Motion to Amend the Order Granting the Joint Stipulation of Dismissal (Dkt. No. 53; Motion) filed on January 5, 2012. In the Motion, Defendants Point Meadows Place Condominium Association, Inc. and Pam Childs request the entry of an amended order of dismissal stating that Plaintiffs' claims are dismissed with prejudice, and Defendant Severn Trent Services, Inc.'s cross claims against Point Meadows Place Condominium Association, Inc. are dismissed without prejudice. See Motion at 1-2. Defendants represent to the Court that Defendant Severn Trent agrees with the relief requested in the Motion. See id. at 2. In addition, Plaintiffs have no objection to the Motion. See Local Rule 3.01(g) Notice of Plaintiffs' Lack of Opposition to the Motion to Amend the Order Granting the Joint Stipulation of Dismissal (Dkt. No. 55). Accordingly, it is hereby **ORDERED**:

    1.    The Agreed Motion to Amend the Order Granting the Joint Stipulation of Dismissal (Dkt. No. 53) is **GRANTED**.

2. Plaintiffs' claims against Defendants are **DISMISSED with prejudice**.

3. Defendant Severn Trent Services, Inc.'s cross claims against Point Meadows Place Condominium Association, Inc. are **DISMISSED without prejudice**.

4. Each party shall bear its own attorneys' fees and costs.

5. The Clerk of the Court is directed to terminate all pending motions and close the file.

**DONE AND ORDERED** in Jacksonville, Florida, this 12th day of January, 2012.

*Marcia Morales Howard*
**MARCIA MORALES HOWARD**
United States District Judge

ja

Copies to:

Counsel of Record