**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

DEVIN HOUSER, on his own behalf and
others similarly situated,

           Plaintiff,

v.                                                 Case No. 3:11-cv-800-J-34MCR

FIRST COAST IMPORTS, LLC,
d/b/a First Coast Honda,

           Defendant.
_____

# O R D E R

**THIS CAUSE** is before the Court on Magistrate Judge Monte C. Richardson's Report and Recommendation (Dkt. No. 20; Report), entered on December 23, 2011, recommending that the Joint Motion for Approval of Settlement (Dkt. No. 16; Motion) be granted, that the Court approve the Settlement Agreement, and that this case be dismissed with prejudice. See Report at 3. Neither party has filed objections to the Report and the time for doing so has now passed.

The Court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b). If no specific objections to findings of facts are filed, the district court is not required to conduct a de novo review of those findings. See Garvey v. Vaughn, 993 F.2d 776, 779 n.9 (11th Cir. 1993); see also 28 U.S.C. § 636(b)(1). However, the district court must review legal conclusions de novo. See Cooper-Houston v. Southern Ry. Co., 37 F.3d 603, 604 (11th Cir. 1994); United

States v. Rice, No. 2:07-mc-8-FtM-29SPC, 2007 WL 1428615, at * 1 (M.D. Fla. May 14, 2007).

The Court has conducted an independent examination of the record in this case and a de novo review of the legal conclusions. Plaintiff filed suit against Defendant pursuant to the Fair Labor Standards Act, 29 U.S.C. § 201 et seq. (FLSA), seeking recovery of unpaid overtime. See Complaint and Demand for Jury Trial (Dkt. No. 1). Thereafter, the parties engaged in settlement negotiations, which resulted in a resolution of the issues and claims raised in this case. See Motion (Dkt. No. 16). Upon review of the record, including the Report, Motion, and Settlement Agreement, the undersigned concludes that the settlement represents a "reasonable and fair" resolution of Plaintiff's FLSA claims. Accordingly, the Court will accept and adopt Judge Richardson's Report.

In light of the foregoing, it is hereby **ORDERED:**

1. Magistrate Judge Monte C. Richardson's Report and Recommendation (Dkt. No. 20) is **ADOPTED** as the opinion of the Court.

2. The Joint Motion for Approval of Settlement (Dkt. No. 16) is **GRANTED**, and the parties are ordered to comply with the obligations set forth therein.

3. For purposes of satisfying the FLSA, the Settlement Agreement is **APPROVED**.

4. This case is **DISMISSED WITH PREJUDICE**.

5. The Clerk of the Court is directed to terminate any pending motions or deadlines as moot and close this file.

**DONE AND ORDERED** in Jacksonville, Florida, this 12th day of January, 2012.

MARCIA MORALES HOWARD
United States District Judge

ja

Copies to:

Counsel of Record